## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

**JEFFREY WILLIS,**

                **Plaintiff,**

**-vs-**                                        **Case No. 3:13-cv-358**

                                                      **District Judge Thomas M. Rose**

**MONTGOMERY COUNTY PUBLIC**
**DEFENDERS OFFICE, et al.,**

                **Defendants.**

## CASE TERMINATION NOTICE

      Pursuant to the Entry and Order Granting Defendants Montgomery County Public Defender's Office and Montgomery County Public Defender Commissioners' Motion to Dismiss (doc. 11), this case is ordered terminated on the docket records of the United States District Court for the Southern District of Ohio, Western Division at Dayton.

      **DONE** and **ORDERED** in Dayton, Ohio, this 17th day of July, 2014.

                                                      *s/Thomas M. Rose*

                                                      THOMAS M. ROSE, JUDGE
                                                      UNITED STATES DISTRICT COURT